In sum, though Mr. Smith would qualify for appointment of counsel based upon his financial situation, the present case is not so complicated that he would be deprived of any due process rights if he represented himself. Accordingly, the Court DENIES Mr. Smith's application for appointment of counsel.