UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

ROBERT J. ZYSK and IRENE K. ZYSK                ORDER
                                                CV-03-4334  DRH

       -against-

JOHN WAYNE SMITH

-----------------------------------------------------X

       IT IS HEREBY ORDERED that all parties appear in person on  **WEDNESDAY AUGUST 11, 2010 AT 11:00 AM** before Hon. Denis R. Hurley in Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722 for a Final Pre-trial / Settlement conference.  Counsel for all parties shall have full authority to settle the case or have their principals available by telephone.

       Counsel shall submit a letter, not to exceed three pages in length, stating their settlement positions. The letters should be sent to Chambers or faxed to (631) 712-5651 and received by Friday, August 6, 2010.  <u>DO NOT</u> file these letters on ECF**.**

       If the case cannot settle, a trial date will be set at the conference.

       Any request for adjournment must be made in writing at least one week prior to the scheduled appearance.  Adjournments will be granted only upon consent of all parties and upon good cause shown.

       SO ORDERED.

Dated: Central Islip, New York
       July 14, 2010

                                             /S/
                                       Denis R. Hurley
                                     United States District Judge